

**FILED**

04/15/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 19-0273

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 19-0273

\* \* \* \* \* \*

**FILED**

APR 15 2020

Bowen Greenwood
Clerk of Supreme Court
State of Montana

| | | |
|---|---|---|
| STATE OF MONTANA | ) | |
| | ) | ORDER GRANTING |
| Plaintiff Appellee, | ) | |
| | ) | UNOPPOSED MOTION FOR |
| -vs- | ) | EXTENSION OF TIME TO |
| | ) | FILE REPLY BRIEF |
| RANDY S. LAEDEKE, | ) | |
| | ) | |
| Defendant Appellant. | ) | |

\* \* \* \* \*

**Appellant has filed an unopposed motion** for an extension of time to April 20, 2020, to file and serve his REPLY BRIEF in response to the State's brief in the above entitled case. For good cause shown;

IT IS HEREBY ORDERED THAT Appellant's motion is granted and Appellant's Reply Brief is due on or before Monday April 20, 2020.

Dated this __15th__ day of April, 2020.

By _____